CHARLES F. PREUSS (State Bar No. 45783)
HILLARY S. WEINER (State Bar No. 203499)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
hillary.weiner@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN GLAZINER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No. CV 08 1989<br><br>**DISCLOSURE STATEMENT OF MCKESSON CORPORATION**<br>**[F.R.C.P. 7.1]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1-372038\2    DISCLOSURE STATEMENT OF MCKESSON CORPORATION    CASE NO.

1  Pursuant to Federal Rule of Civil Procedure. 7.1, defendant McKesson
2  Corporation ("McKesson") submits the following disclosure statement:  There is no
3  parent corporation of McKesson, and no publicly held corporation owns 10% or more of
4  its stock.

6  Dated: April 16, 2008                                DRINKER BIDDLE & REATH

                                                        /s/ Hillary S. Weiner
7                                                       CHARLES F. PREUSS
                                                        HILLARY S. WEINER
8

9  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL,
10 INC., now known as ORTHO-MCNEIL-
   JANSSEN PHARMACEUTICALS, INC.,
11 and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI 372038.2    DISCLOSURE STATEMENT OF MCKESSON CORPORATION                       CASE NO.

2