CHARLES F. PREUSS (State Bar No. 45783)
HILLARY S. WEINER (State Bar No. 203499)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
hillary.weiner@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now
known as ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN GLAZINER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, <br><br> Defendants. | Case No. CV 08 1989 <br><br> **DISCLOSURE STATEMENT OF ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.** <br> **[F.R.C.P. 7.1]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1 372038 2      DISCLOSURE STATEMENT OF ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.      CASE NO.

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., submits the following disclosure statement: Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the limited liability company Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Dated: April 16, 2008

DRINKER BIDDLE & REATH

*/s/ Hillary S. Weiner*

CHARLES F. PREUSS
HILLARY S. WEINER

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\372038.2   DISCLOSURE STATEMENT OF ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.   CASE NO.