1  CHARLES F. PREUSS (State Bar No. 45783)
   HILLARY S. WEINER (State Bar No. 203499)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   charles.preuss@dbr.com
5  hillary.weiner@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  CAROLYN GLAZINER, an individual;      Case No. 08   1989

       Plaintiff,

14                                         DEFENDANTS' CERTIFICATION OF
                                           INTERESTED ENTITIES OR
15      v.                                 PERSONS
                                           [CIV. L.R. 3-16]
16  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
17  MCKESSON CORP. and DOES 1-500,
    inclusive,

18      Defendants.

19

20

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

22  persons, associations of persons, firms, partnerships, corporations (including parent

23  corporations) or other entities (i) have a financial interest in the subject matter in

24  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

25  subject matter or in a party that could be substantially affected by the outcome of this

26  proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-

27  McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson &

28  Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1-372038 2   DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   CASE NO.

1  limited liability company Johnson & Johnson Pharmaceutical Research & Development,
2  L.L.C.
3
4  Dated: April 16, 2008                    DRINKER BIDDLE & REATH
5
6                                            /s/ Hillary S. Weiner
                                             CHARLES F. PREUSS
7                                            HILLARY S. WEINER
8                                            Attorneys for Defendants
                                             ORTHO-MCNEIL PHARMACEUTICAL,
9                                            INC., now known as ORTHO-MCNEIL-
                                             JANSSEN PHARMACEUTICALS, INC.
10                                           and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2 DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.
SF1 372038\2