CHARLES F. PREUSS (State Bar No. 45783)
HILLARY S. WEINER (State Bar No. 203499)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
hillary.weiner@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now
known as ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN GLAZINER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, <br><br> Defendants. | Case No. CV 08 1989 <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br> **[CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP"), now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. ("OMJPI"), and McKesson Corporation ("McKesson) (collectively "Defendants") submit the following Notice of Pendency of Other Action or Proceeding:

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1 397919.1   NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING   CASE NO.

DAK. To date, over 1200 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants have requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request that this Court stay this action, pending transfer to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Please take notice that, in addition to MDL No. 1742, the following state court actions also allege product liability claims against OMP, now known as OMJPI, and/or other Johnson & Johnson companies related to use of the prescription drug Ortho Evra®:

1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New Jersey, Middlesex County, Case No. 275. To date, over 500 cases have been filed in the Superior Court of New Jersey;

2. *In Re Ortho Evra ® Litigation*, Judicial Council Coordination Proceeding No. 4506, Superior Court of California, County of Los Angeles. To date, 66 California state court cases have been filed in and/or added to this coordinated proceeding and there are add-on petitions to be filed or pending in an additional 11 California state court cases;

3. *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.; Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional Association*, Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

4. *Greene, Stephanie v. Planned Parenthood Federation America, Inc.; Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.*, Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

5. *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does 1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

6. *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County, Illinois, Cause No. 0193-06;

7. *Jackson, Lealer Administratrix of the estate of Jackson, Marion, deceased on behalf of the estate and its statutory heirs v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical Research Institute and Ortho-McNeil Pharmaceutical, Inc.*, In the Circuit Court of Jefferson County, Arkansas, Civ – 07844-5;

8. *Kendall, Chabrel J. and Kendall, Dennis E. and Ricard D. Nelson, Esq. v. Johnson & Johnson, Ortho McNeil-Pharmaceutical, Johnson & Johnson Pharmaceutical Research & Development, LLC, Alza Corporation and John/Jane Does 1 through 25, Inclusive*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. 07-641544;

9. *LeFebvre, Michael, as trustee for the next-of-kin of LeFebvre, Jessica, deceased v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Ortho-McNeil Pharmaceutical, Inc., Quello Clinic Ltd., and Gary P. Brandeland, M.D.*, State of Minnesota, County of Hennepin, District Court, Fourth Judicial District, case number is unassigned;

10. *McNichols, Jennifer v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.; and Walgreen's Co.*, Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

11. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1 397919v1    NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING    3    CASE NO.

1 | *Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.;*
2 | *Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.;*
3 | *Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School*
4 | *Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5,* Court of Dekalb
5 | County, Georgia, Civil Action No. 06A-54270-2; and

6 |     12. *Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
7 | *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
8 | *R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.,* Third Judicial
9 | Circuit, Madison County, Illinois, Cause No. 2006-L-784.

11 | Dated: April __, 2008                  DRINKER BIDDLE & REATH

CHARLES F. PREUSS
HILLARY S. WEINER
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

SF1\397919\1    NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING    CASE NO.