1   CHARLES F. PREUSS (State Bar No. 45783)
    HILLARY S. WEINER (State Bar No. 203499)
2   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
3   San Francisco, California 94105
    Telephone: (415) 591-7500
4   Facsimile: (415) 591-7510
    charles.preuss@dbr.com
5   hillary.weiner@dbr.com

6   Attorneys for Defendants
    ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7   known as ORTHO-McNEIL-JANSSEN
    PHARMACEUTICALS, INC.,
8   and MCKESSON CORPORATION

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  CAROLYN GLAZINER, an individual;           Case No. 08-04916  1989
13
                    Plaintiffs,
14                                              **CERTIFICATE OF SERVICE**
         v.
15
    ORTHO-MCNEIL PHARMACEUTICAL,
16  INC., a Delaware Corporation;
    MCKESSON CORP. and DOES 1-500,
17  inclusive,

18                  Defendants.

---

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1-398618\1    CERTIFICATE OF SERVICE                                    CASE NO.

# CERTIFICATE OF SERVICE

I, Michelle Sankey, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On April 16, 2008, I caused to be served the following document(s):

**SEE ATTACHED LIST**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

☑ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Shawn Khorrami, Esq.
Dylan Pollard, Esq.
Sonia Tandon, Esq.
KHORRAMI, POLLARD & ABIR LLP
444 S. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
E-mail: skhorrami@kpalawyers.com
*Attorneys for Plaintiff*

Brian Kabateck, Esq.
Richard Kellner, Esq.
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
E-mail: bsk@kbklawyers.com
*Co-Counsel for Plaintiff*

| | |
|---|---|
| 1 | Michael S. Burg, Esq. |
| | Seth A. Katz, Esq. |
| 2 | Janet G. Abaray, Esq. |
| | BURG SIMPSON ELDREDGE HERSH JARDINE |
| 3 | PC |
| | 40 Inverness Drive East |
| 4 | Denver, Co 80112 |
| | Telephone:  (303) 792-5595 |
| 5 | Facsimile:   (303) 708-0527 |
| | ***Co-Counsel for Plaintiffs*** |

I declare under penalty of perjury that the above is true and correct.

Executed on April 16, 2008 at San Francisco, California.

*[signature]*
MICHELLE SANKEY

## DOCUMENTS SERVED

CIVIL COVER SHEET

NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY]

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]

DECLARATION OF HILLARY S. WEINER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY]

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]

DISCLOSURE STATEMENT OF ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC [F.R.C.P. 7.1]

DISCLOSURE STATEMENT OF MCKESSON CORPORATION [F.R.C.P. 7.1]

DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\372395\1                                                                                                    CASE NO.