**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 23, 2008

United States District Court
Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113

**RE: Carolyn Glaziner -v- Ortho-McNeil Pharmaceutical, Inc., Case No. C-08-1989-EDL**
    **In re Ortho Evra Products Liability**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

|   |   |
|---|---|
| ☐ | Certified copy of docket entries. |
| ☐ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| X | Please access the electronic case file for all the pleadings you may need. |

Sincerely,
RICHARD W. WIEKING, Clerk

by: Thelma Nudo
    Deputy Clerk